## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SEAN DONOHUE, | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No. CIV-23-117-RAW-JAR |
| v. | ) | |
| | ) | Date:        7/26/2023 |
| PROGRESSIVE INSURANCE | ) | |
| COMPANY, | ) | Time:    10:31 a.m. – 10:36 a.m. |
| | ) | |
| Defendant(s). | ) | |

## MINUTE SHEET
## TELEPHONIC STATUS CONFERENCE

Jason A. Robertson, Judge        T. Moore, Deputy Clerk        K. Anderson & A. Netherland, Law Clerks

**Plaintiff's Counsel:** Jeffrey Edwards
**Defendant's Counsel:** Christopher King

## MINUTES

| | |
|---|---|
| 10:31 a.m. | Court calls case; Joint Status Report due 8/30/2023 |
| | Scheduling Conference set 9/13/2023 at 10:00 a.m. |
| | |
| | Nothing further by parties. |
| 10:36 a.m. | Adjourn. |